# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TYLER JONES, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> ROCKCREEK RESTAURANT, <br><br> Garnishee. | NO. MC 14-5010 BHS <br><br> (3:08-CR-0027-1) <br><br> [PROPOSED] <br><br> ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Wages due and owing to the Defendant/Judgment Debtor, Tyler Jones, from Rockcreek Restaurant, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Rockcreek Restaurant, whose address is Rockcreek Restaurant, 1738 NW 58th Street, Apt. 302, Seattle, WA 98107.

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this \_\_\_11\_\_ day of \_\_\_June_____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KERRY J. KEEFE, WSBA #17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kerry.keefe@usdoj.gov