**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TYLER JONES,<br><br>  Defendant/Judgment Debtor,<br><br>and<br><br>ROCKCREEK RESTAURANT,<br><br>  Garnishee. | NO. 3:14-MC-05010-BHS<br><br>(CR08-00027-RBL-001)<br><br>**Continuing Garnishee Order for Wages** |

A Writ of Continuing Garnishment for Wages, directed to Garnishee Rockcreek Restaurant, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Rockcreek Restaurant filed an Answer on October 8, 2014, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Tyler Jones was an active employee who was paid on a weekly basis.

[PROPOSED] CONTINUING GARNISHEE ORDER FOR WAGES (USDC#:
3:14-MC-05010-BHS/CR08-00027-RBL-001) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about June 17, 2014, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Rockcreek Restaurant, shall pay to the United States District Court for the Western District of Washington, the non-exempt disposable earnings payable to Defendant/Judgment Debtor Tyler Jones, upon each period of time when Defendant/Judgment Debtor Jones is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Jones' debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This is inclusive of all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment for Wages;

That such payments shall be applied to Defendant/Judgment Debtor Jones' outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. CR08-00027-RBL-001 and 3:14-MC-05010-BHS, and to deliver such payments either personally or by First Class Mail to:

//

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101.

DATED this \_\_25\_\_ day of \_\_February\_\_, 2015.

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney